IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK SOLOMON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:18-CV-391-FL |
| | ) | |
| F.B.I, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| PATRICK SOLOMON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:18-CV-405-FL |
| | ) | |
| U.S. MARSHALS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| PATRICK SOLOMON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:18-CV-406-FL |
| | ) | |
| A.T.F., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | | |
| PATRICK SOLOMON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:18-CV-532-FL |
| | ) | |
| U.S. NAVY and U.S. COAST GUARD, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PATRICK SOLOMON,                      )
                                      )
            Plaintiff,                )
                                      )
      v.                              )                  No. 5:18-CV-534-FL
                                      )
U.S. AIR FORCE,                       )
                                      )
            Defendant.                )
_____       )

PATRICK SOLOMON                       )
                                      )
            Plaintiff,                )
                                      )
      v.                              )                  No. 5:18-CV-536-FL
                                      )
U.S. COAST GUARD,                     )
                                      )
            Defendant.                )
_____       )

PATRICK SOLOMON                       )
                                      )
            Plaintiff,                )
                                      )
      v.                              )                  No. 5:18-CV-537-FL
                                      )
A.T.F.,                               )
                                      )
            Defendant.                )
_____       )

PATRICK SOLOMON                       )
                                      )
            Plaintiff,                )
                                      )
      v.                              )                  No. 5:18-CV-564-FL
                                      )
F.E.D.S. GOVT,                        )
                                      )
            Defendant.                )
_____       )

PATRICK SOLOMON                       )

|                                         |     |                      |
|-----------------------------------------|-----|----------------------|
| Plaintiff,                              | )   |                      |
|                                         | )   |                      |
| v.                                      | )   |                      |
|                                         | )   | No. 5:18-CV-567-FL   |
| STATE BUREAU OF INVESTIGATION,          | )   |                      |
|                                         | )   |                      |
| Defendant.                              | )   |                      |
|                                         | )   |                      |
|                                         | )   |                      |
| PATRICK SOLOMON                         | )   |                      |
|                                         | )   |                      |
| Plaintiff,                              | )   |                      |
|                                         | )   |                      |
| v.                                      | )   | No. 5:18-CV-568-FL   |
|                                         | )   |                      |
| STATE OF NORTH CAROLINA,                | )   |                      |
|                                         | )   |                      |
| Defendant.                              | )   |                      |
|                                         | )   |                      |

# ORDER

These matters come before the court for review of plaintiff's *pro se* complaints pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge James E. Gates entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), related to the above-captioned cases as well as fourteen additional cases assigned to different judges of this court, wherein it is recommended that the court dismiss plaintiff's complaints as wholly lacking in factual support, and wherein it is recommended that the court enter a pre-filing injunction. Plaintiff did not object to the M&R. The magistrate judge correctly determined that plaintiff's complaints must be dismissed as devoid of substance and factual support, and that a pre-filing injunction is necessary to limit vexatious and repetitive filings. Upon careful review of the

M&R and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. Accordingly, plaintiff's complaints in these matters are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B), and a pre-filing injunction is warranted on the basis set forth by the magistrate judge. The clerk of court is directed to close the case.

In addition, it is ORDERED that Patrick Solomon ("Solomon") is ENJOINED from filing any additional documents in any actions he previously filed in this court, the United States District Court for the Eastern District of North Carolina, that this court has dismissed other than a timely notice of appeal and timely application for leave to proceed in forma pauperis on appeal.

It is further ORDERED that Solomon is ENJOINED from filing any further actions in this court without pre-authorization from a district judge. Before commencing a new civil case, Solomon must file a motion for leave to file a complaint or, if he is attempting to remove an action from a state court, a motion for leave to file a notice of removal. He must attach to the motion for leave (1) his proposed complaint or notice of removal and (2) a copy of this order. Solomon must also either pay the court's filing fee or file an application for leave to proceed in forma pauperis. Upon the filing of these required documents, the clerk of court shall open a miscellaneous case. If a district judge deems the action potentially meritorious and determines that the proposed complaint is not vexatious or repetitive, the action may proceed, and the clerk shall convert the action to a civil case. Otherwise, the case will be dismissed and sanctions against Solomon may be warranted.

SO ORDERED, this the 14th day of January, 2019.

LOUISE W. FLANAGAN
United States District Judge

4